**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| SUSAN ADCOCK, | Case No.: 2:09-CV-08801-GW-MAN |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| COLLECTION CONSULTANTS OF CALIFORNIA, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 28, 2010

_____
GEORGE H. WU
United States District Judge

---

1

[Proposed] Order